

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| TYRONDA MICHELLE McCULLUM McCURTIS, AND DEBORAH LOVE )<br>)<br>) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CASE NO.: 3:04 CV 186WSU |
| ) | |
| AIG LIFE INSURANCE COMPANY, )<br>)<br>) | |
| Defendant. ) | |

## ORDER OF JUDGMENT

This matter came before the Court upon Plaintiffs Tyronda Michelle McCullum McCurtis and Deborah Love, and Defendant AIG Life Insurance Company's Joint Stipulation for Dismissal. The Court, having considered the Joint Stipulation, finds that it is due to be granted. Accordingly, it is

ORDERED, ADJUDGED and DECREED that the Joint Stipulation for Dismissal is GRANTED, that all counts and claims of the Complaint herein are DISMISSED WITH PREJUDICE, and that each party bear its own costs.

DONE this 29th day of November, 2005.

_____
Honorable Henry T. Wingate

cc: All counsel of record